UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60844-SCOLA/SELTZER

WALINBAY S.A., an Uruguayan Company,

        Plaintiff,

v.

FRESH RESULTS, LLC, a Florida
Corporation; ERIC R. CRAWFORD, an
Individual; and AGNES FITTON,
an Individual,

        Defendants.
_____/

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Carlton Fields, P.A., Thomas Meeks, and Michael Strauch move to withdraw their appearances in the instant case for Walinbay S.A., pursuant to Rule 11.1(d) of the Local Rules of this district and in accordance with Rule 4-1.15 of the Rules of Professional Conduct of the Florida Bar.

Counsel state that under Rule 4-1.15 there are occasions when counsel must terminate their representation of a client and occasions when attorneys may do so, and that they move to withdraw under both the mandatory and permissive provisions of the Rule.

By copy of this motion notice is served on Walinbay, S.A., on the present co-counsel for Walinbay, and on opposing counsel, as required by Local Rule 11.1(d). The client and opposing counsel have separately been informed of this motion by telephonic notice and do not object.

WHEREFORE, counsel respectfully request that Carlton Fields, P.A., Thomas Meeks, and Michael Strauch be terminated from their appearances in the instant case, that Walinbay S.A. be afforded thirty (30) days in which to secure replacement local counsel, and that Walinbay

27035383.1

S.A.'s obligations under Rule 26 of the Federal Rules of Civil Procedure and Local Rules 16.1 and 26.1 be deferred for that thirty day period.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

In accordance with Fed.R.Civ.P. 37(a)(2)(B) and Local Rule 7.1, the undersigned counsel certifies that he has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and that he is authorized to state that there is no objection to the relief sought.

Dated: May 8, 2013.                          Respectfully submitted,

*s/Thomas Meeks*
Thomas J. Meeks (314323)
tmeeks@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
Tel.: (305) 530-0050
Fax: (305) 530-0055
Florida Bar No. 314323

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system this May 8, 2013, which will send a notice of electronic filing to: Scott W. Atherton, Esq. and Craig Stokes, Esq., and all others via mail to all other counsel of record on the attached service list as well as to Walinbay, S.A.

s/ Thomas Meeks
Thomas J. Meeks

## SERVICE LIST

Scott W. Atherton, Esq.
scott@athertonlg.com
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
*Attorneys for Defendant*
*Fresh Results, LLC*
*(Via electronic filing)*

Steven E. Nurenberg, Esq.
snurenberg@meuerslawfirm.com
MEUERS LAW FIRM
5395 Park Central Court
Naples, Florida 34109-5932
*Attorneys for all Defendants*
*(no formal appearance - via mail)*

Wesley A. Lauer, Esq.
wesley.lauer@akerman.com
AKERMAN SENTERFITT
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
*Attorneys for Defendants Eric Crawford and*
*Agnes Fitton*
*(no formal appearance - via mail)*

Walinbay S.A.
Juan Carlos Gomez 1445
Oficina 505
C.P. 11000
Montevideo, Uruguay
*(via mail)*