UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60844-Civ-SCOLA/SELTZER

WALINBAY S.A., an Uruguayan Company,

              Plaintiff,
vs.

FRESH RESULTS, LLC, a Florida
Corporation; ERIC R. CRAWFORD, an
Individual; and AGNES FITTON,
an Individual,

              Defendants.
_____/

## ORDER ON UNOPPOSED MOTION TO WITHDRAW APPEARANCES AS COUNSEL

This action comes before the Court on the motion of Carlton Fields, P.A., Thomas Meeks, and Michael Strauch to withdraw their appearances in this case for Walinbay S.A., pursuant to Rule 11.1(d) of the Local Rules of this district and in accordance with Rule 4-1.16 of the Rules of Professional Conduct of the Florida Bar. Meeks and Strauch represent that both the mandatory and permissive provisions of Rule 4-1.16 apply, and that Walinbay, S.A., its remaining counsel, and opposing counsel have been notified of the motion, as required by Local Rule 11.1(d), and that there is no objection to the withdrawal.

Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Motion to Withdraw (ECF No. 10) is **GRANTED**. Carlton Fields, P.A., Thomas Meeks, and Michael Strauch shall have no further obligations in this case, and the Clerk of the Court shall terminate their appearances in the matter. Walinbay S.A. may continue to be represented by Craig A. Stokes, who is a member of both the Florida Bar and the Southern District of Florida Bar.

**DONE and ORDERED** in chambers, at Miami, Florida, on May 29, 2013.

                                            _____
                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE