UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-60844-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan company

Plaintiff,

vs.

FRESH RESULTS, LLC, a Florida limited
liability company; ERIC CRAWFORD, an
individual; and AGNES FITTON, an
individual,

Defendants.
_____/

## UNILATERAL CASE MANAGEMENT REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) and S.D. Fla. Local Rule 16.1(b), Defendants, FRESH RESULTS, LLC, ERIC CRAWFORD, and AGNES FITTON (collectively, "Defendants") submit this Unilateral Case Management Report.

At Plaintiff's counsel's request, Defendants provided a draft joint case management report and submitted it to counsel for Plaintiff on June 28, 2013 following the parties' Rule 26(f) conference. Since that time, Defendants' counsel has repeatedly requested comments on the report from counsel for Plaintiff, but Plaintiff's counsel failed and refused to provide same (other than to generally "object" to the report). Examples of the Defendants' efforts to present a joint report prior to filing this unilateral submission are demonstrated by the correspondence attached as Composite **Exhibit "1."**

In an effort to advance this litigation, the Defendants respectfully submit this unilateral report for the Court's consideration.

**Outline of discovery plan**:  Based upon a trial setting of June 30, 2014 (approximately 12 months from the date of this Report), the Defendants have submitted the Proposed Scheduling Order attached hereto.

- **Exchange of Initial Disclosures:** The Defendants propose that the initial disclosure and exchanges set forth in Fed.R.Civ.P. 26(a)(1) shall be made by August 1, 2013.

- The Defendants anticipate the need for disclosure or discovery of electronically stored information ("ESI"), and will work with Plaintiff in compliance with the Federal Rules and Local Rules to discuss the protocol for the identification and production of specific categories of ESI, as the need arises.

- The Defendants do not currently anticipate any need to exceed the limitations imposed by the Federal Rules of Civil Procedure relating to discovery.

- The Defendants propose to enter into a privilege "claw back" stipulation and will present same to the Court once the stipulation has been finalized.

A. **The likelihood of settlement**:  The Defendants have attempted to settle the claims brought in this case.  At this stage, the Defendants are unable to determine whether there is a likelihood of settlement.  However, the Defendants will remain open to the possibility of settlement, discuss all reasonable settlement options, and will inform the Court promptly if a settlement is reached.

B. **The likelihood of appearance in this action of additional parties:**  At this time, the Defendants believe the appearance of additional parties is likely.  Plaintiff has stated it intends to include a new party plaintiff, Blueberries, S.A., to this action.

C. **Proposed limits on time**:

      **(i)**    **to join other parties and to amend the pleadings:**

Anticipating a June 30, 2014 trial setting, the Defendants propose that all additional parties be joined and that the pleadings be amended no later than November 1, 2013.

      **(ii)**    **to file and hear motions:**

Anticipating a June 30, 2014 trial setting, the Defendants propose that all dispositive pretrial motions and memoranda of law shall be filed and served no later than March 31, 2014. The Defendants propose that all motions in limine shall be filed and served in accordance with Rule 16.1(J), S.D.Fla.L.R.

      **(iii)**    **to complete fact discovery**

The Defendants propose that fact discovery should be completed by February 14, 2014. The Defendants propose that in order to comply with the discovery cut-off, written discovery must be served on or before 45 days before the discovery cut-off.

      **(iv)**    **to complete expert discovery**

The Defendants propose that expert discovery should be completed by February 28, 2014.

      **(v)**    **to exchange expert witness disclosures pursuant to Rule 26(a)(2)**

The Defendants propose that the parties shall exchange expert witness disclosures no later than January 14, 2014.

**D.**    **Proposals for the Simplification of Issues:**  Except as otherwise set forth herein (relating to motions to dismiss and dispositive motions) the Defendants have no proposals at this time.

**E.**    **The necessity or desirability of amendment to the pleadings:**

The Defendants have been advised that Plaintiff may amend its pleadings.

**F.     The possibility of obtaining admissions of fact and documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance ruling from the Court on admissibility of evidence**:

Counsel for Defendants will confer with counsel for Plaintiff and attempt to reach agreement regarding admissions of facts, documents, ESI and other matters to avoid unnecessary proof. To the extent possible, the Defendants will attempt to reach stipulations, failing which they will attempt to seek advanced rulings from the Court.

**G.     Avoiding unnecessary proof and cumulative evidence**:   At this time, the Defendants do not have suggestions to avoid unnecessary proof or avoid the admission of cumulative evidence, but shall confer with Plaintiff's counsel to discuss this issue following the applicable discovery cut-off date and before the pretrial conference.

**H.     Any potential need for reference to a special master or magistrate**:

Defendants agree to the referral of only discovery disputes to the Magistrate Judge.

**I.     Preliminary estimate of the time required for trial**:

The Defendants believe that the time necessary for trial will be approximately *five (5)* to *seven (7)* days.

**J.     Requested dates for conferences before trial, a final pre-trial conference, and trial:**

**Proposed Pre-trial Conference Date:**

Defendants propose that a pre-trial conference be set for May 30, 2014.

**Proposed Trial Date:** June 30, 2014

4

**K.     Any other information that might be helpful to the Court**

**Jury vs. Non-Jury Trial:**

Non-Jury

Respectfully submitted on this 17ᵗʰ day of July, 2013.

**By: *Scott W. Atherton, Esq.***
Scott W. Atherton, Esq.
Fla. Bar No. 749591
scott@athertonlg.com
**ATHERTON LAW GROUP, P.A.**
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
*Attorneys for Defendant*
*Fresh Results, LLC*

**By: *Wesley A. Lauer, Esq***
Wesley a. Lauer, Esq.
Fla. Bar No. 137851
wesley.lauer@akerman.com
**AKERMAN SENTERFITT**
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
*Attorneys for Defendants*
*Eric Crawford and Agnes Fitton*

**By: *Steven E. Nurenberg, Esq.***
Steven E. Nurenberg, Esq.
Fla. Bar No. 808431
snurenberg@meuerslawfirm.com
**MEUERS LAW FIRM**
5395 Park Central Court
Naples, Florida 34109-5932
*Attorneys for all Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2013, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on counsel of record in the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Scott W. Atherton*
SCOTT W. ATHERTON
Fla. Bar No. 749591

## SERVICE LIST

*Walinbay v. Fresh Results et al*

**Case No. 13-CV-60844-SCOLA/SELTZER**

Craig A. Stokes
cstokes@stokeslawoffice.com
Jessie Lopez
jlopez@stokeslawoffice.com
**Stokes Law Office LLP**
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
Tel: (210) 804-0011
Fax: (210) 822-2595

*Counsel for Walinbay, S.A.*


Robert E. Goldman
robert@goldmanlaw.com
**Law Office of Robert Goldman**
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460

*Counsel for Walinbay, S.A.*