**Scott Atherton**

| | |
|---|---|
| From: | Scott Atherton |
| Sent: | Friday, June 28, 2013 12:54 PM |
| To: | 'cstokes@stokeslawoffice.com' |
| Cc: | Harris S. Nizel (harris@athertonlg.com); Wesley A. Lauer (wesley.lauer@akerman.com); Steven Elwyn Nurenberg (snurenberg@meuerslawfirm.com) |
| Subject: | Walinbay v. Fresh Results et al |
| Attachments: | Walinbay - Fresh Results - Proposed Scheduling Order.docx; Walinbay - Fresh Results - Joint Conference Report.doc |

Craig:

Further to our conference yesterday, attached please find the attached proposed joint conference report and scheduling order. Let us know if you consent to our submission of the attached to the court. We would like to file same by the close of business Monday.

Scott

**Scott W. Atherton**
Atherton Law Group
224 Datura St., Suite 815
West Palm Beach, FL 33401
Tel: 561.293.2530 | Fax: 561.293.2593
Email: Scott@AthertonLG.com
Web: www.AthertonLG.com



1

## Proposed Scheduling Order

| Date | Pretrial Deadlines, Pretrial Conference and Trial |
|---|---|
| August 1, 2013 | Initial disclosures and exchanges set forth in Federal Rule of Civil Procedure 26(a)(1) |
| November 1, 2013 | Deadline to join additional parties or to amend pleadings. |
| December 2, 2013 | Deadline to file joint interim status report. |
| January 10, 2014 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. |
| January 14, 2014 | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| February 14, 2014 | Deadline to complete all fact discovery. Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| January 24, 2014 | Deadline to complete mediation. |
| February 28, 2014 | Deadline to complete all expert discovery. |
| March 31, 2014 | Deadline for the filing of pretrial motions, including dispositive motions and *Daubert* motions, but excluding motions *in limine*. |
| May 30, 2014 | Pre-trial Conference |
| June 18, 2014 | Deadline for filing motions *in limine* pursuant to Local Rule 16.1(j). |
| June 20, 2014 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). Deadline to file proposed jury instructions pursuant to Local Rule 16.1(k). |
| June 25, 2014 (approximately) | Calendar Call. |
| June 30, 2014 (approximately) | Two-week trial period commences. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-60844-SCOLA/SELTZER

WALINBAY, S.A., an Uruguayan company

Plaintiff,

vs.

FRESH RESULTS, LLC, a Florida limited
liability company; ERIC CRAWFORD, an
individual; and AGNES FITTON, an
individual,

Defendants.
_____/

## JOINT CONFERENCE REPORT AND PROPOSED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and S.D. Fla. Local Rule 16.1(b), Plaintiff WALINBAY, S.A. ("Plaintiff") and Defendants FRESH RESULTS, LLC, ERIC CRAWFORD, and AGNES FITTON (collectively, "Defendants") (Plaintiff and Defendants together, the "Parties"), hereby file their Joint Conference and Proposed Scheduling Order as follows:

**Outline of discovery plan**: Based upon a trial setting of June 30, 2014 (approximately 12 months from the date of this Report), the Parties have submitted the Proposed Scheduling Order attached hereto.

- **Exchange of Initial Disclosures:** The Parties hereby stipulate and agree that the initial disclosure and exchanges set forth in Fed.R.Civ.P. 26(a)(1) shall be made by August 1, 2013.

Walinbay, S.A. v. Fresh Results, LLC et al.
Case No. 0:13-cv-60844-RNS
Joint Conference Report and Proposed Scheduling Order

- The Parties do anticipate the need for disclosure or discovery of electronically stored information ("ESI"), and will work together in compliance with the Federal Rules and Local Rules to discuss the protocol for the identification and production of specific categories of ESI, as the need arises.
- The Parties do not currently anticipate any need to exceed the limitations imposed by the Federal Rules of Civil Procedure relating to discovery.
- The Parties have agreed to enter into a privilege "claw back" stipulation and will present same to the Court once their stipulation has been finalized.

A. **The likelihood of settlement**: The Parties have attempted to settle the claims brought in this case. At this stage, the Parties are unable to determine whether there is a likelihood of settlement. However, the Parties will remain open to the possibility of settlement, discuss all reasonable settlement options, and will inform the Court promptly if a settlement is reached.

B. **The likelihood of appearance in this action of additional parties**: At this time, the Parties believe the appearance of additional parties is unlikely.

C. **Proposed limits on time**:

   (i) **to join other parties and to amend the pleadings:**

   Anticipating a June 30, 2014 trial setting, the Parties propose that all additional parties be joined and that the pleadings be amended no later than November 1, 2013.

   (ii) **to file and hear motions:**

   Anticipating a June 30, 2014 trial setting, the Parties have agreed that all dispositive pretrial motions and memoranda of law shall be filed and served no later than March

Walinbay, S.A. v. Fresh Results, LLC et al.
Case No. 0:13-cv-60844-RNS
Joint Conference Report and Proposed Scheduling Order

31, 2014. The Parties have further agreed that all motions in limine shall be filed and served in accordance with Rule 16.1(J), S.D.Fla.L.R.

      **(iii)**    **to complete fact discovery**

The Parties agree that fact discovery should be completed by February 14, 2014. The Parties have further agreed that in order to comply with the discovery cut-off, written discovery must be served on or before 45 days before the discovery cut-off.

      **(iv)**    **to complete expert discovery**

The Parties agree that expert discovery should be completed by February 28, 2014.

      **(v)**    **to exchange expert witness disclosures pursuant to Rule 26(a)(2)**

The Parties agree that they shall exchange expert witness disclosures no later than January 14, 2014.

    D.    **Proposals for the Simplification of Issues:** Except as otherwise set forth herein (relating to motions to dismiss and dispositive motions) the Parties have no proposals at this time.

    E.    **The necessity or desirability of amendment to the pleadings:**

The Parties do not currently anticipate any amendments to pleadings.

    F.    **The possibility of obtaining admissions of fact and documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance ruling from the Court on admissibility of evidence:**

The Parties will confer and reach agreement regarding admissions of facts, documents, ESI and other matters to avoid unnecessary proof. To the extent possible, the Parties

3

Walinbay, S.A. v. Fresh Results, LLC et al.
Case No. 0:13-cv-60844-RNS
Joint Conference Report and Proposed Scheduling Order

will attempt to reach stipulations, failing which they will attempt to seek advanced rulings from the Court.

    G.    **Avoiding unnecessary proof and cumulative evidence**: At this time, the Parties do not have suggestions to avoid unnecessary proof or avoid the admission of cumulative evidence, but shall confer to discuss this issue following the applicable discovery cut-off date and before the pretrial conference.

    H.    **Any potential need for reference to a special master or magistrate**:

The Parties agree to the referral of only discovery disputes to the Magistrate Judge.

    I.    **Preliminary estimate of the time required for trial**:

The Parties believe that the time necessary for trial will be approximately *five (5)* to *seven (7)* days.

    J.    **Requested dates for conferences before trial, a final pre-trial conference, and trial:**

        **Proposed Pre-trial Conference Date:**

The Parties propose that a pre-trial conference be set for May 30, 2014.

        **Proposed Trial Date:** June 30, 2014

    K.    **Any other information that might be helpful to the Court**

        **Jury vs. Non-Jury Trial:**

Non-Jury

Walinbay, S.A. v. Fresh Results, LLC et al.
Case No. 0:13-cv-60844-RNS
Joint Conference Report and Proposed Scheduling Order

Respectfully submitted on this 1st day of August, 2013.

| By: */s/ Scott W. Atherton* | TO BE COMPLETED |
|---|---|
| SCOTT W. ATHERTON<br>Florida Bar No.: 0749591<br>scott@athertonlg.com<br>**ATHERTON LAW GROUP, P.A.**<br>224 Datura Street, Suite 815<br>West Palm Beach, Florida 33401<br>Telephone: 561-293-2530<br>Facsimile: 561-293-2593<br><br>*Attorneys for Fresh Results, LLC* | |

# Scott Atherton

| | |
|---|---|
| **From:** | Scott Atherton |
| **Sent:** | Tuesday, July 09, 2013 3:33 PM |
| **To:** | 'Craig Stokes' |
| **Cc:** | Wesley A. Lauer (wesley.lauer@akerman.com); Harris S. Nizel (harris@athertonlg.com); Steven Elwyn Nurenberg (snurenberg@meuerslawfirm.com) |
| **Subject:** | RE: Walinbay v. Fresh Results et al |

Craig:

We never heard back from you last week and no co-counsel has appeared for the plaintiff. If we do not receive any comments to the draft joint report and scheduling order from you by the close of business this Thursday, we will assume you have no objection to same and will file the joint report and order with the court.

Scott

**From:** Craig Stokes [mailto:cstokes@stokeslawoffice.com]
**Sent:** Monday, July 01, 2013 3:27 PM
**To:** Scott Atherton
**Subject:** RE: Walinbay v. Fresh Results et al

Scott:

I have new co-counsel coming in down in Florida. He will not be available until Wednesday morning. I need to reschedule for 11 am on Wednesday. I anticipate that you will receive correspondence from new counsel shortly.

Craig

Craig A. Stokes
Stokes Law Office LLP
Miami - San Antonio
==========================================
Produce Law  * Agricultural Trade
* International Banking * International
Sales Contracts and Collections
==========================================
3330 Oakwell Court, Suite 225
San Antonio, Texas  78218
USA
 •  +1.210.804.0011
 •   +1.210.822.2595
9155 South Dadeland Blvd.
Dadeland Centre, Suite 1208
Miami, Florida 33156-2737
USA
 •  +1.305.447.6655
 •  +1.305.447.8855
 • •  cstokes@stokeslawoffice.com
 • •  http://www.stokeslawoffice.com

1

**From:** Scott Atherton [mailto:scott@athertonlg.com]
**Sent:** Monday, July 1, 2013 9:34 AM
**To:** Craig Stokes
**Subject:** RE: Walinbay v. Fresh Results et al

4pm work?

**From:** Craig Stokes [mailto:cstokes@stokeslawoffice.com]
**Sent:** Monday, July 01, 2013 10:34 AM
**To:** Scott Atherton
**Subject:** FW: Walinbay v. Fresh Results et al

I am stuck on an extended conference call. I will contact you this afternoon regarding this.

Craig

Craig A. Stokes
Stokes Law Office LLP
Miami - San Antonio
==========================================
Produce Law  * Agricultural Trade
* International Banking * International
Sales Contracts and Collections
==========================================
3330 Oakwell Court, Suite 225
San Antonio, Texas  78218
USA
· +1.210.804.0011
· +1.210.822.2595
9155 South Dadeland Blvd.
Dadeland Centre, Suite 1208
Miami, Florida 33156-2737
USA
· +1.305.447.6655
· +1.305.447.8855
· · cstokes@stokeslawoffice.com
· · http://www.stokeslawoffice.com

**From:** Scott Atherton [mailto:scott@athertonlg.com]
**Sent:** Friday, June 28, 2013 11:54 AM
**To:** Craig Stokes
**Cc:** Harris Nizel; Wesley A. Lauer (wesley.lauer@akerman.com); Steven Elwyn Nurenberg (snurenberg@meuerslawfirm.com)
**Subject:** Walinbay v. Fresh Results et al

Craig:

Further to our conference yesterday, attached please find the attached proposed joint conference report and scheduling order. Let us know if you consent to our submission of the attached to the court. We would like to file same by the close of business Monday.

Scott

2

**Scott W. Atherton**
Atherton Law Group
224 Datura St., Suite 815
West Palm Beach, FL 33401
Tel: 561.293.2530 | Fax: 561.293.2593
Email: Scott@AthertonLG.com
Web: www.AthertonLG.com



## Scott Atherton

| | |
|---|---|
| From: | Scott Atherton |
| Sent: | Monday, July 15, 2013 1:25 PM |
| To: | 'Robert Goldman' |
| Cc: | 'Craig Stokes'; 'Wesley.lauer@akerman.com'; 'SNurenberg@MeuersLawFirm.com'; Harris S. Nizel (harris@athertonlg.com) |
| Subject: | RE: Walinbay v. Fresh Results et al |

Robert:

If we don't receive written comments from you on the joint report and scheduling order by tomorrow at 5pm, we are going to file a unilateral report and order and also explain the history of our efforts to try and work with you and Craig Stokes on this matter before submitting same to the court. You have sent us numerous correspondence since becoming involved in the case, yet you have failed and refused to comply with this basic obligation you have to the court.

Scott

**From:** Scott Atherton
**Sent:** Wednesday, July 10, 2013 8:43 PM
**To:** Robert Goldman
**Cc:** Craig Stokes; Wesley.lauer@akerman.com; SNurenberg@MeuersLawFirm.com
**Subject:** RE: Walinbay v. Fresh Results et al

Robert:

If you have revisions to the joint report and scheduling order based on amendments you intend to make, then please propose them. I don't expect that any of the defendants will oppose your proposed amendments, but we will need to see the proposed amended complaint before confirming our position.

Scott

**From:** Robert Goldman [mailto:robert@goldmanlaw.com]
**Sent:** Tuesday, July 09, 2013 5:48 PM
**To:** Scott Atherton
**Cc:** Craig Stokes; Wesley.lauer@akerman.com; SNurenberg@MeuersLawFirm.com
**Subject:** Walinbay v. Fresh Results et al

Dear Mr. Atherton:

We object to the draft of the joint report and scheduling order. The matter will be need to be revisited in view of the recent assignment of rights to from Walinbay to BSA, and BSA's intention to file an amended complaint to add additional claims.

Regards,
ROBERT E. GOLDMAN, ESQ.
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
(954) 745-7450;  (954) 745-7460 Fax

-------- Original message --------
Subject:RE: Walinbay v. Fresh Results et al
From:Scott Atherton <scott@athertonlg.com>
To:Craig Stokes <cstokes@stokeslawoffice.com>
Cc:"Wesley A. Lauer (wesley.lauer@akerman.com)" <wesley.lauer@akerman.com>,Harris Nizel <harris@athertonlg.com>,"Steven Elwyn Nurenberg (snurenberg@meuerslawfirm.com)" <snurenberg@meuerslawfirm.com>

Craig:

We never heard back from you last week and no co-counsel has appeared for the plaintiff. If we do not receive any comments to the draft joint report and scheduling order from you by the close of business this Thursday, we will assume you have no objection to same and will file the joint report and order with the court.

Scott


**From:** Craig Stokes [mailto:cstokes@stokeslawoffice.com]
**Sent:** Monday, July 01, 2013 3:27 PM
**To:** Scott Atherton
**Subject:** RE: Walinbay v. Fresh Results et al

Scott:

I have new co-counsel coming in down in Florida. He will not be available until Wednesday morning. I need to reschedule for 11 am on Wednesday. I anticipate that you will receive correspondence from new counsel shortly.

<