UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case #13-CV-60844-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan
company,

    Plaintiff,

vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.

_____/

## MOTION TO DISMISS CASE

Plaintiff WALINBAY, S.A., pursuant to Rule 42(a)(2), Fed.R.Civ.P., hereby files this Motion to Dismiss its Case against Defendants FRESH RESULTS, LLC., ERIC CRAWFORD, and AGNES FITTON.

WHEREFORE, it is respectfully requested that this Motion be GRANTED.

## CERTIFICATE OF PRE-FIING CONFERENCE

I HEREBY CERTIFY that before filing this Motion I conferred with Counsel for the Plaintiff in a good faith effort to resolve this matter, and the would not consent to the relief requested herein.

    Craig A. Stokes, Esq.
    STOKES LAW OFFICE, LLP
    3330 Oakwell Court, Suite 225
    San Antonio, TX  78218
    cstokes@stokeslawoffice.com

        Co-Counsel for Plaintiff

        and

        By: s/Robert E. Goldman
        Robert E. Goldman, Esq.
        Florida Bar Number: 740799
        Robert@goldmanlaw.com
        LAW OFFICE OF ROBERT E. GOLDMAN
        1 East Broward Blvd., Ste. 700
        Fort Lauderdale, FL  33301
        Tel: (954) 745-7450
        Fax: (954) 745-7460
        Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 18, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system.  I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| **VIA CM/ECF** | **VIA CM/ECF** |
| Scott W. Atherton, Esq. | Wesley A. Lauer, Esq. |
| ATHERTON LAW GROUP, P.A. | AKERMAN SENTERFITT |
| 224 Datura Street, Suite 815 | 222 Lakeview Avenue, Suite 400 |
| West Palm Beach, FL 33401 | West Palm Beach, FL  33401 |
| scott@athertonlg.com | Wesley.lauer@akerman.com |
| Attorney for Defendants | Attorney for Defendants |

**VIA CM/ECF**
Steven E. Nurenberg, Esq.
MEUERS LAW FIRM
5395 Park Central Court
Naples, FL  34109-5932
snurenberg@meuerslawfirm.com
Attorney for Defendants

        By: s/Robert E. Goldman
          Robert E. Goldman