UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Nos.
13-60844-Civ-SCOLA/SELTZER
13-61546-Civ-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

BLUEBERRIES, S.A., an Argentinean
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC R. CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

## RESPONSE TO ORDER CONSOLIDATING CASES

Plaintiffs WALINBAY, S.A., and BLUEBERRIES, S.A., Respond to the Order Consolidating Cases, and state:

1. The Court directed Plaintiffs' Counsel to either explain why representing WALINBAY and BLUEBERRIES would not result in a conflict of interest, or file a certification. Both are being done.

2. There is only one real party in interest: BLUEBERRIES. Thus, there is no conflict of interest.

3. The reason why the case was originally filed in WALINBAY's name had to do with an unusual aspect of how the parties did business.

4. In 2008, BLUEBERRIES and FRESH RESULTS entered into a five year written contract that required BLUEBERRIES to supply blueberries, and FRESH RESULTS to pay for those blueberries. That suggested that BLUEBERRIES was the rights holder.

5. BLUEBERRIES, though, directed WALINBAY to send invoices to FRESH RESULTS, and WALINBAY did so, and FRESH RESULTS paid those invoices—it paid millions of dollars to WALINBAY during the five year term of the contract. That suggested that WALINBAY could be the rights holder.

6. Former lead Counsel for WALINBAY apparently believed that WALINBAY could be the rights holder, and so filed suit in the name of WALINBAY.

7. After the Undersigned became Counsel for WALINBAY and BLUEBERRIES and investigated the facts and considered the applicable law, and after he obtained an assignment of rights from WALINBAY to BLUEBERRIES (discussed below), it was determined that BLUEBERRIES was the sole rights holder, and so BLUBERRIES should be substituted in as the sole Plaintiff in place of WALINBAY. A stipulation to accomplish same was proposed to Counsel for Defendants, but they would not so stipulate. BLUEBERRIES then filed its own suit, and WALINBAY filed a motion to dismiss its suit (which is pending).

8. Defendants apparently agree that BLUEBERRIES is the sole rights holder. On February 6, 2013, Defendant FRESH RESULTS sent a letter to Counsel for WALINBAY saying:

> "Today we received original invoices from Walinbay S.A. via DHL. These invoices are duplicates of the same invoices your office faxed to Fresh Results on 1/17/13. **We did not receive any shipments from Walinbay in 2012.  We have never had any contracts with Walinbay.** These invoices have been sent to us in error." [Emphasis supplied].

A copy of the letter is attached hereto at Exhibit "A."

9. While Defendants apparently agree that BLUEBERRIES is the sole rights holder, it is now certain that, **as a matter of law**, BLUEBERIES is the sole rights holder.  On July 9, 2013, WALINBAY assigned whatever rights it had to pursue collection of money owed for the subject blueberries—if it ever had any rights—to BLUBERRIES.  A copy of the Assignment is attached hereto at Exhibit "B." *See Waters v. International Precious Metals Corp.*, 190 F.3d 1291, 1300 (11th Cir. Fla. 1999) ("under Florida law . . . generally, all contractual rights are assignable unless the contract prohibits assignment, the contract involves obligations of a personal nature, or public policy dictates against assignment").

10. There is no conflict since BLUEBERRIES is the real party in interest with the sole right to seek collection of money owed for the subject blueberries from Defendants.[1]

THE UNDERSIGNED CERTIFIES THAT HE HAS PROVIDED A COPY OF THE COURTS' CONSOLIDATION ORDER DATED 8/14/13 TO THE PRINCIPALS OF WALINBAY AND BLUEBERRIES.

Craig A. Stokes, Esq.<br>
STOKES LAW OFFICE, LLP<br>
3330 Oakwell Court, Suite 225<br>
San Antonio, TX  78218<br>
cstokes@stokeslawoffice.com

---

[1] If WALINBAY's pending motion to dismiss its claims is granted, and if a judgment is subsequently entered in this case involving BLUEBERRIES, then the doctrines of *res judicata* and collateral estoppel would bar WALINBAY from attempting to bring the claims that were brought, or were required to have been brought, in this case by BLUEBERRIES.  So Defendants would suffer no prejudice by the dismissal of WALINBAY.

Co-Counsel for Plaintiff

and

By: s/Robert E. Goldman
Robert E. Goldman, Esq.
Florida Bar Number: 740799
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E.
GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system. I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**VIA CM/ECF**
Scott W. Atherton, Esq.
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, FL 33401
scott@athertonlg.com
Attorney for FRESH RESULTS, LLC.

**VIA CM/ECF**
Wesley A. Lauer, Esq.
AKERMAN SENTERFITT
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Wesley.lauer@akerman.com
Attorney for the Individual Defendants

**VIA CM/ECF**
Steven E. Nurenberg, Esq.
MEUERS LAW FIRM
5395 Park Central Court
Naples, FL 34109-5932
snurenberg@meuerslawfirm.com
Attorney for Defendants

**VIA CM/ECF**
Harris S. Nizel, Esq.
harris@athertonlg.com
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Telephone: 561-293-2530
Facsimile: 561-293-2593
Attorneys for FRESH RESULTS, LLC

By: s/Robert E. Goldman
      Robert E. Goldman