UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Nos.
13-60844-Civ-SCOLA/SELTZER
13-61546-Civ-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan
company,

 Plaintiff/Counter-Defendant,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC CRAWFORD, an individual, and
AGNES FITTON, an individual,

 Defendants/Cross-Plaintiffs.
_____/

BLUEBERRIES, S.A., an Argentinean
company,

 Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC R. CRAWFORD, an individual, and
AGNES FITTON, an individual,

 Defendants.
_____/

## MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

BLUEBERRIES, S.A., ("BLUEBERRIES"), pursuant to Rule 15, hereby files its Motion for Leave to File a First Amended Complaint against FRESH RESULTS, LLC. ("FRESH RESULTS"), ERIC R. CRAWFORD, and AGNES FITTON, and in support thereof states:

1. BLUEBERRIES' Complaint was filed on July 18, 2013. As of yet, there is no Scheduling Order establishing a deadline to amend pleadings.

2. At the time BLUBERRIES filed its Complaint, the thirty days that are required to pass between the date of sending a civil theft letter and the date a party can file a cause of action for civil theft had not yet run, and so BLUEBERRIES could not include claims for civil theft. The thirty days have now run.

3. BLUEBERRIES also believes that it is appropriate to add causes of action for "imposition of a constructive trust" and "reformation."

4. A copy of the proposed First Amended Complaint is attached hereto at Exhibit "A."

WHEREFORE, it is respectfully requested that this Motion be GRANTED.

## CERTIFICATE OF GOOD FAITH CONFERENCE CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that I conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issue but was unable to resolve the issues.

Craig A. Stokes, Esq.
STOKES LAW OFFICE, LLP
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
cstokes@stokeslawoffice.com
Co-Counsel for BLUEBERRIES, S.A.

and

By:  s/Robert E. Goldman
Robert E. Goldman, Esq.
 Florida Bar Number: 740799
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700

        Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Co-Counsel for BLUEBERRIES, S.A.

## **MEMORANDUM OF LAW IN SUPPORT OF MOTION**

Rule 15(a), Fed.R.Civ.P., allows for a party to file for leave to amend a pleading, and further provides that "The court should freely give leave when justice so requires."

Here, BLUEBERRIES' Complaint was filed on July 18, 2013.  As of yet, there is no Scheduling Order establishing a deadline to amend pleadings.  BLUEBERRIES could not file the causes of action for "civil theft" at the time its Complaint was filed due to the need to wait 30 days from the sending of a civil theft letter. Fla. Stat. §772.11(a).  It is now timely to pursue these claims.  No undue prejudice would befall Defendants by the granting of this Motion.

        Craig A. Stokes, Esq.
STOKES LAW OFFICE, LLP
3330 Oakwell Court, Suite 225
San Antonio, TX  78218
cstokes@stokeslawoffice.com
Co-Counsel for BLUEBERRIES, S.A.

and

By:     s/Robert E. Goldman
Robert E. Goldman, Esq.
 Florida Bar Number: 740799
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Co-Counsel for BLUEBERRIES, S.A.

3

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 26, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system.  I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| **VIA CM/ECF** <br> Scott W. Atherton, Esq. <br> ATHERTON LAW GROUP, P.A. <br> 224 Datura Street, Suite 815 <br> West Palm Beach, FL 33401 <br> scott@athertonlg.com <br> Attorney for FRESH RESULTS, LLC. | **VIA CM/ECF** <br> Wesley A. Lauer, Esq. <br> AKERMAN SENTERFITT <br> 222 Lakeview Avenue, Suite 400 <br> West Palm Beach, FL  33401 <br> Wesley.lauer@akerman.com <br> Attorney for ERIC CRAWFORD and AGNES FITTON |
| **VIA CM/ECF** <br> Steven E. Nurenberg, Esq. <br> MEUERS LAW FIRM <br> 5395 Park Central Court <br> Naples, FL  34109-5932 <br> snurenberg@meuerslawfirm.com <br> Attorney for FRESH RESULTS, LLC., ERIC CRAWFORD, and AGNES FITTON | **VIA CM/ECF** <br> Harris S. Nizel, Esq. <br> harris@athertonlg.com <br> ATHERTON LAW GROUP, P.A. <br> 224 Datura Street, Suite 815 <br> West Palm Beach, Florida 33401 <br> Telephone: 561-293-2530 <br> Facsimile: 561-293-2593 <br> Attorneys for FRESH RESULTS, LLC |

                                                    By:  s/Robert E. Goldman
                                                             Robert E. Goldman