**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case Nos.
13-60844-Civ-SCOLA/SELTZER
13-61546-Civ-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

BLUEBERRIES, S.A., an Argentinean
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC R. CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

BLUEBERRIES, S.A. ("BSA"), hereby notifies that it withdraws its Motion to Compel re Document Requests #1 and #2 against FRESH RESULTS, LLC. ("FR") without prejudice, and states:

    1.    In opposition to the Motion, FR submitted the Declaration of Agnes Fitton, wherein she testified that FR deposited the $1,749,385.32 owed to BSA in its operating account,

and that the money in the operating account was used to pay FR's office expenses, grower advances, etc., and that it would be now be "impossible" to trace the money.  Also, during her deposition taken this week, Ms. Fitton testified that FR has not sought to keep a balance of $1,749,385.32 in the operating account should its counterclaims be denied.

     2.     The subject document requests were primarily (but not entirely) intended to elicit the above information.  Thus, the relief sought in the motion has been partially mooted.

     3.     BSA reserves the right to seek the documents sought in document requests #1 and #2, and currently believes that it can make a stronger showing of the continuing need for such documents after it receives a copy of Ms. Fitton's deposition transcript, and possibly after some further discovery is conducted in this case.

Craig A. Stokes, Esq.
STOKES LAW OFFICE, LLP
3330 Oakwell Court, Suite 225
San Antonio, TX  78218
cstokes@stokeslawoffice.com
Co-Counsel for BLUEBERRIES, S.A.

and

By:  s/Robert E. Goldman
Robert E. Goldman, Esq.
Florida Bar Number: 740799
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Co-Counsel for BLUEBERRIES, S.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system. I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**VIA CM/ECF**
Scott W. Atherton, Esq.
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, FL 33401
scott@athertonlg.com
Attorney for FRESH RESULTS, LLC.

**VIA CM/ECF**
Wesley A. Lauer, Esq.
AKERMAN SENTERFITT
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Wesley.lauer@akerman.com
Attorney for ERIC CRAWFORD and AGNES FITTON

**VIA CM/ECF**
Steven E. Nurenberg, Esq.
MEUERS LAW FIRM
5395 Park Central Court
Naples, FL 34109-5932
snurenberg@meuerslawfirm.com
Attorney for FRESH RESULTS, LLC.,
ERIC CRAWFORD, and AGNES FITTON

**VIA CM/ECF**
Harris S. Nizel, Esq.
harris@athertonlg.com
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Telephone: 561-293-2530
Facsimile: 561-293-2593
Attorneys for FRESH RESULTS, LLC

By: s/Robert E. Goldman
     Robert E. Goldman