UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60844-CIV-SCOLA/SELTZER
CASE NO. 13-61546-CIV-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan company,

    Plaintiff,

vs.

FRESH RESULTS, LLC., a Florida limited
liability company, ERIC CRAWFORD, an
individual, and AGNES FITTON, an individual,

    Defendants.
_____/

BLUEBERRIES, S.A., an Argentinean company,

vs.

    Plaintiff,

FRESH RESULTS, LLC, a Florida limited liability
company, ERIC R. CRAWFORD, an individual,
and AGNES FITTON, an individual,

    Defendants.
_____/

### CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE ALICIA VALLE

These matters came before the undersigned Magistrate Judge pursuant to Adininistrative Order No. 2013-38, *In re: Amended Magistrate Judge Pairing Assignment Plan For Fort Lauderdale Division,* issued by Chief United States District Judge Federico A. Moreno. The undersigned has reviewed the case file for the matters listed above and hereby certifies that, as of the date of this certification, there are no referred motions pending. These cases are therefore ready to be administratively transferred.

The Clerk of the Court shall hereby transfer the Magistrate Judge assignment for these matters to Magistrate Judge Alicia Valle.

DONE AND ORDERED in Fort Lauderdale, Florida, this 9th day of October 2013.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Honorable Robert N. Scola, Jr.
United States District Judge

Honorable Alicia Valle
United States Magistrate Judge

All Counsel of Record