UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-60844-Civ-SCOLA

WALINBAY S.A.,

    Plaintiff,
vs.

FRESH RESULTS, LLC, et al.,

    Defendants.
_____/

BLUEBERRIES, S.A.,

    Plaintiff,               Consolidated Case No. 13-61546-Civ-SCOLA
vs.

FRESH RESULTS, LLC, et al.,

    Defendants.
_____/

## AMENDED SCHEDULING ORDER[1]

THIS MATTER is set for trial during the two-week trial period beginning on **August 11, 2014**. Calendar call will be held at 9:00 a.m. on **August 5, 2014**.

**DONE and ORDERED** in chambers, at Miami, Florida, on October 10, 2013.

_____
ROBERT N. SCOLA, JR.
**UNITED STATES DISTRICT JUDGE**

---

[1] This Amended Scheduling Order only corrects certain scrivener's errors in the trial and calendar call dates. The initial Scheduling Order listed the trial/calendar call dates in 2013. They should correctly read 2014. All other dates and instructions contained in the initial Scheduling Order remain in full force and effect.