UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60844-Civ-SCOLA

WALINBAY, S.A.,

    Plaintiff,
vs.

FRESH RESULTS, LLC, ERIC R. CRAWFORD, and AGNES FITTON,

    Defendants.
_____/

### Order Granting Fresh Results, LLC's Unopposed Motion For Leave To Amend Counterclaim Against Blueberries, S.A. By Interlineation

THIS CAUSE came before the Court on Counter-Plaintiff Fresh Results, LLC's Unopposed Motion for Leave to Amend Counterclaim against Blueberries, S.A. by Interlineation. Having been advised in the premises, it is **ordered and adjudged** that the Motion for Leave (ECF No. 82) is **granted**. The "WHEREFORE clause" contained on Page 8 of Fresh Results' Counterclaim against Blueberries, S.A. is amended by interlineation to read:

> WHEREFORE, Counter-Plaintiff respectfully requests judgment in its favor, an award of compensatory damages against BBSA, consequential damages consisting of Fresh Results' lost commissions, an award of attorneys' fees and costs against BBSA, pre-judgment and post-judgment interest, and such other and further relief this Court deems just and proper.

**Done and ordered**, in chambers at Miami, Florida, on January 24, 2014.

                                            Robert N. Scola, Jr.
                                            United States District Judge