UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Nos.
13-60844-Civ-SCOLA/SELTZER
13-61546-Civ-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

BLUEBERRIES, S.A., an Argentinean
company,

    Plaintiff,
vs.

FRESH RESULTS, LLC., a Florida limited liability
company, ERIC R. CRAWFORD, an individual, and
AGNES FITTON, an individual,

    Defendants.
_____/

**OPPOSITION TO MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

    BLUEBERRIES, S.A. ("BSA"), hereby files its Opposition to Motion to Compel Interrogatory Answers filed by ERIC CRAWFORD, and AGNES FITTON [D.E. 84], and in support thereof states:

    1.    BSA has now served answers to all of the subject interrogatories, and so suggests that this matter is moot.

2.	While not necessary to decide the Motion, the Undersigned Counsel informs that he had not received copies of the interrogatories when they were served by email due to a problem with his email on the service date.  In fact, Counsel for the Defendants served other discovery on the Undersigned via email on the same day, and informs that he got response back indicating that the email did not go through.  Regardless, BSA has now answered all interrogatories without objections in less than 30 days after first learning of the existence of the interrogatories.

Craig A. Stokes, Esq.
STOKES LAW OFFICE, LLP
3330 Oakwell Court, Suite 225
San Antonio, TX  78218
cstokes@stokeslawoffice.com
Co-Counsel for BLUEBERRIES, S.A.

and

By:  s/Robert E. Goldman
Robert E. Goldman, Esq.
Florida Bar Number: 740799
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Co-Counsel for BLUEBERRIES, S.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system.  I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**VIA CM/ECF**
Scott W. Atherton, Esq.
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, FL 33401
scott@athertonlg.com
Attorney for FRESH RESULTS, LLC.

**VIA CM/ECF**
Wesley A. Lauer, Esq.
AKERMAN SENTERFITT
222 Lakeview Avenue, Suite 400
West Palm Beach, FL  33401
Wesley.lauer@akerman.com
Attorney for ERIC CRAWFORD and AGNES FITTON

**VIA CM/ECF**
Steven E. Nurenberg, Esq.
MEUERS LAW FIRM
5395 Park Central Court
Naples, FL  34109-5932
snurenberg@meuerslawfirm.com
Attorney for FRESH RESULTS, LLC., ERIC CRAWFORD, and AGNES FITTON

**VIA CM/ECF**
Harris S. Nizel, Esq.
harris@athertonlg.com
ATHERTON LAW GROUP, P.A.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Telephone: 561-293-2530
Facsimile: 561-293-2593
Attorneys for FRESH RESULTS, LLC

By:  s/Robert E. Goldman
     Robert E. Goldman