UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 13-CV-60844-SCOLA/SELTZER
Case No. 13-CV-61546-SCOLA/SELTZER

WALINBAY, S.A., a Uruguayan company,

 Plaintiff,

vs.

FRESH RESULTS, LLC, a Florida limited liability company, ERIC CRAWFORD, an individual, and AGNES FITTON, an individual,

 Defendants.
_____/
BLUEBERRIES, S.A., an Argentinian company,

 Plaintiff,

vs.

FRESH RESULTS, LLC, a Florida limited liability company, ERIC R. CRAWFORD, an individual, and AGNES FITTON, an individual,

 Defendants.
_____/

## NOTICE OF MOOTNESS OF MOTION TO COMPEL

NOTICE IS GIVEN by Defendants, Eric R. Crawford and Agnes Fitton, by and through their undersigned counsel, that their Motion to Compel (ECF No. 84) has been rendered moot.

Dated: February 13, 2014

Respectfully submitted,

**AKERMAN LLP**
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 653-5000
Fax: (561) 659-6313

By: /s/ Wesley A. Lauer
 Wesley A. Lauer, Esquire
 Florida Bar No.: 137851

{28091015;1}

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I served a true and correct copy of the foregoing document on all counsel of record identified in the attached Service List via e-mail.

/s/ Wesley A. Lauer
Wesley A. Lauer
Florida Bar No.: 137851

{28091015;1}

## SERVICE LIST
*Walinbay v. Fresh Results et al.*
**Case No. 13-CV-60844-SCOLA/SELTZER**

Craig A. Stokes, Esq.
cstokes@stokeslawoffice.com
Jessie Lopez
jlopez@stokeslawoffice.com
**Stokes Law Office LLP**
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
Tel: (210) 804-0011
Fax: (210) 822-2595
*Counsel for Blueberries, S.A.*

Robert E. Goldman, Esq.
robert@goldmanlaw.com
**Law Office of Robert Goldman**
1 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
Tel: (954) 745-7450
Fax: (954) 745-7460
*Counsel for Blueberries, S.A.*

Wesley A. Lauer, Esq.
wesley.lauer@akerman.com
**Akerman LLP**
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 653-5000
Fax: (561) 659-6313
*Counsel for Defendants Eric Crawford and Agnes Fitton*

Scott W. Atherton, Esq.
scott@athertonlg.com
**Atherton Law Group, P.A.**
224 Datura Street, Suite 815
West Palm Beach, FL 33401
Tel: (561) 293.2530
Fax: (561) 293.2593
*Attorneys for Defendant, Fresh Results, LLC*

Steven E. Nurenberg, Esq.
snurenberg@meuerslawfirm.com
**Meuers Law Firm**
5395 Park Central Court
Naples, FL 34109-5932
Tel: (239) 513-9191
Fax: (239) 513-9677
*Attorneys for all Defendants*

{28091015;1}